IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARIO A. PEEPLES,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Petitioner,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　:　　　　CIVIL ACTION 11-0218-WS-M
　　　　　　　　　　　　　　　　　　:
LEE POPE,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Respondent.　　　　　　　　　　:

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DISMISSED** as time-barred. It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 16th day of December, 2011.

　　　　　　　　　　　　　　　s/WILLIAM H. STEELE
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE