```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

MARIO A. PEEPLES,               :
                                :
    Petitioner,                 :
                                :
vs.                             :      CIVIL ACTION 11-0218-WS-M
                                :
LEE POPE,                       :
                                :
    Respondent.                 :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Lee Pope and against Petitioner Mario A. Peeples.

DONE this 16th day of December, 2011.

                                    s/WILLIAM H . STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE